```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

     v.           CASE NO. 2:08CR20030-001

LOWELL STEWARD                                        DEFENDANT
```

ORDER

Currently before the court are Defendant's *pro se* motion requesting an early release from his sentence or to serve the remainder in a county jail or home confinement near his family (Doc. 26) and the Government's Response (Doc. 27).

The court's authority to modify a defendant's sentence is limited to specific instances where Congress has expressly granted the court jurisdiction to do so. *United States v. Blackwell*, 81 F.3d 945 (10th Cir. 1996). Title 18, Section 3582(c) of the United States Code provides three instances in which a court may modify a defendant's sentence: (1) upon motion by the Director of the Bureau of Prisons; (2) as permitted by statute or Rule 35 of the Federal Rules of Criminal Procedure; (3) upon a subsequent lowering of a guideline sentencing range.

Defendant does not contend that any of these three instances apply in his case but seems to ask the Court to modify his sentence pursuant to its inherent authority. The Court has no inherent power to modify Defendant's sentence unless he meets one of the instances in Title 18, Section 3582(c), and the Court finds that Defendant does not meet any of those instances. Therefore,

the Court lacks jurisdiction to modify Defendant's sentence.  Upon due consideration, the motion is hereby DENIED.

　　　IT IS SO ORDERED this 13th day of November 2009

　　　　　　　　　　　　　　　　　　　/s/ Robert T. Dawson
　　　　　　　　　　　　　　　　　　　Honorable Robert T. Dawson
　　　　　　　　　　　　　　　　　　　United States District Judge

AO72A
(Rev. 8/82)